IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
_____ DIVISION

FILED
2017 JUL 11 PM 2:19
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

Ranetta Marshell Phillips )
)
)
)
)
**Name of Plaintiff(s)** )
) Case No. _____
**v.** ) (To be assigned by Clerk)
United States Department Of Education, )
ConServe and University Of Phoenix )
)
)
)
)
**Name of Defendant(s)** )

## COMPLAINT

1. State the grounds for filing this case in Federal Court (include federal statutes and/or U. S. Constitutional provisions, if you know them):

   Im filing this case because I didn't take out these student loans in 2011. I did not attend the university of Phoenix. But now my Social Security income is being offset for the repayment of the loans, plus interest and fees. Not only is this unlawful, it's causing me and my family alot of stress and hardship.

2. Plaintiff, Ranetta Marshell Phillips _____ resides at

   591 N. Dupont avenue Apt. 403 , Madison ,
   Street address                  City

   Davidson , TN , 37115 , 615-290-9400 ,
   County    State  Zip Code  Telephone Number

   (If more than one plaintiff, provide the same information for each plaintiff below.)

3. Defendant, _____ resides at

| U. S. Department Of Education | | | Greenville | |
|---|---|---|---|---|
| Street address | | | City | |
| PO Box 5609 | TX | 75403-5609 | 1-800-621-3115 | |
| County | State | Zip Code | Telephone Number | |

(If more than one defendant, provide the same information for each defendant below.)

University of Phoenix Nashville 616 Marriott Drive , TN 37214-5048  1-615-872-0188.
Conserve 200 crossKeys Office Parks Fairport, NY 14450. 1-866-633-7945.

4. Statement of claim. (State as briefly as possible, the facts of your case. Describe how each Defendant is involved. Include also the names of other persons involved, dates, and places. Be as specific as possible. You may use additional paper if necessary. Attach any documentation or exhibits in support of the complaint):

On or around December 18, 2011 somebody used my name and social security number to obtain 2 different student loans in my name. The Department of Education sent this money to University of Phoenix. One loan was for $3,985 and the other loan was for $4,155. These loans were then consolidated and sent to ConServe, which is a collection agency. These loans have since accrued interest and fees, and now ConServe is offsetting my social security benefits for more than $13,000. I did not apply for the loans. I didnot attend the university of Phoenix. And I want the Department of Education to compensate me for all my pain and suffering as well as wages.

5. Prayers for Relief (List what you want to Court to do):

   a. Insist that the Department repay me all monies taken unlawfully.

   b. insist that the university of Phoenix show proof of where this money went

   c. and a written apology from both parties along with monetary compensation.

   d.

I (We) hereby certify under penalty of perjury that the above Petition is true to the best of my (our) information, knowledge, and belief.

Signed this __11th__ day of __July__, 20__17__.

_Ranetta M. Phillips_
Ranetta M. Phillips
(Signature of Plaintiff(s))