# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| RANETTA MARSHELL PHILLIPS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:17-cv-01026 |
| ) | Judge Trauger |
| UNITED STATES DEPARTMENT OF ) | |
| EDUCATION, ET AL., ) | |
| ) | |
| Defendants. ) | |

## O R D E R

On November 9, 2017, the magistrate judge issued a Report and Recommendation (DE #19), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the Motion to Dismiss filed by defendant ConServe (Docket No. 7) and the Motion to Dismiss filed by defendant University of Phoenix (Docket No. 8) are granted, and all claims against these two defendants are DISMISSED with prejudice. Any appeal from this ruling will not be certified as taken in good faith.

This case is returned to the magistrate judge for further handling under the original referral order.

It is so **ORDERED.**

Enter this 6th day of December 2017.

_____
ALETA A. TRAUGER
U.S. District Judge